**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN THE BANKRUPTCY MATTER OF:

Brenessa Stiff

Debtor

Chapter 13 No.    12-15551

Judge    LaShonda A. Hunt

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on October 24, 2017, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Ross T. Brand

### Certificate of Service

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. on October 24, 2017 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
65 E. Wacker Pl., Ste. 2300
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.1730

**SERVICE LIST**

Brenessa Stiff
1426 N. Laramie
Chicago, IL 60651

Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Ernesto D. Borges
Ledford Wu and Borges
105 W. Madison Street, 23rd Floor
Chicago, IL 60602